IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELYNN JAMISON, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:22-cv-390-RLY-MJD |
| FOUNTAINVIEW LAPORTE OPERATING, LLC, d/b/a GOLDEN LIVING CENTER, | |
| Defendant, | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and The Court, being duly advised, hereby ORDERS this cause of action DISMISSED, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: 10/11/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.